IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DANIEL K. LEGGETTE,

        Movant,

v.                                        CIVIL ACTION NO.   3:12-0234
                                              (Criminal Case No. 3:09-00176)

UNITED STATES OF AMERICA,

        Respondent.

## JUDGMENT ORDER

In accordance with the accompanying order, the Court **ORDERS** that Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 96) be **DENIED** and this civil action be **DISMISSED**, with prejudice, and removed from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

                ENTER:     February 12, 2013

ROBERT C. CHAMBERS, CHIEF JUDGE